# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 09/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter Partners |
| 2. | Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |
| 7. | Trustee | Trust #7 |
| 8. | Co-Executor | Estate #1 |
| 9. | Power of Attorney | Family Member |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/26/68 | Branstetter, Stranch & Jennings, PLLC Profit Sharing Plan with former law firm, no control |
| 2. | 2010 | Branstetter, Stranch & Jennings, law firm, payment of value of interest in fees to be collected at the end of litigation for work done before leaving the firm. |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employeed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | K | T | | | | | |
| 2. Capstar Bank Account | A | Interest | K | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Equity Trend Fund Class A (fka Virtus Premium Alpha Sector) | | None | M | T | | | | | |
| 8. - Virtus Multi-Sector Short-Term Bond | C | Dividend | M | T | Sold (part) | 12/11/15 | J | | |
| 9. - ISHARES Silver Trust | | None | J | T | | | | | |
| 10. - SPDR Gold Trust | | None | J | T | | | | | |
| 11. - IRA #1 (cash account) held by UBS | A | Interest | J | T | | | | | |
| 12. - IRA #2 (cash account) held by UBS | A | Interest | J | T | | | | | |
| 13. - Telecom Argentina Stock | | None | J | T | | | | | |
| 14. - Scolar Pharma, Inc. Stock | | None | J | T | | | | | |
| 15. Piedmont Natural Gas Stock | A | Dividend | J | T | | | | | |
| 16. CapStar Financial Holdings, Inc. Stock fka Capstar Bank Stock | | None | L | U | | | | | |
| 17. UBS Financial Services, Inc. Pension Plan #1 | | None | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 19. - Oppenheimer Developing Mkt | None | | J | T | | | | | |
| 20. - T. Roe Price Health Sci | None | | K | T | | | | | |
| 21. - Legg Mason Clear Br Agg. Growth | None | | K | T | | | | | |
| 22. - Energy (Vanguard) | None | | J | T | | | | | |
| 23. - Intl Small Cap Fund | None | | J | T | | | | | |
| 24. - EuroPacific Growth Fund | None | | J | T | | | | | |
| 25. - Davis New York Venture | | | | | Sold | 10/16/15 | K | A | |
| 26. - Real Est. Securities Fund | None | | K | T | | | | | |
| 27. - Capital Appreciation Fund | None | | K | T | | | | | |
| 28. - John Hancock Disciplined Value | None | | J | T | | | | | |
| 29. - JP Morgan US Equity Fund | None | | K | T | Buy | 10/16/15 | K | | |
| 30. UBS Financial Services, Inc. Pension Plan #3 | None | | P1 | T | | | | | |
| 31. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 32. - Lifestyle Aggressive | None | | L | T | | | | | |
| 33. - Oppenheimer Developing Mkt | None | | K | T | | | | | |
| 34. - T. Roe Price Health Sci | None | | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Legg Mason Clear Br Agg. Growth | | None | K | T | | | | | |
| 36. - Energy (Vanguard) | | None | J | T | | | | | |
| 37. - Inl Small Cap Fund | | None | K | T | | | | | |
| 38. - EuroPacific Growth Fund | | None | K | T | | | | | |
| 39. - Davis New York Venture | | | | | Sold | 10/16/15 | K | A | |
| 40. - Capital Appreciation Fund | | None | K | T | | | | | |
| 41. - John Hancock Disciplined Value | | None | J | T | | | | | |
| 42. - JP Morgan US Equity Fund | | None | K | T | Buy | 10/16/15 | K | | |
| 43. Memphis Partners | B | Dividend | K | T | | | | | |
| 44. Branstetter Partners (H) | | | | | | | | | |
| 45. - Bank of Nashville Accounts (Y) | | | | | | | | | |
| 46. - Pinnacle Bank Account | A | Interest | N | T | | | | | |
| 47. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 48. Trust #2, real property Nashville, TN (2005-8, $282,000) | | None | N | R | | | | | |
| 49. Trust #3 (H) | | | | | | | | | |
| 50. - UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 51. - American Funds Capital Income Builder Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Virtus Equity Trend Fund Class A (fka Virtus Premium Alpha SectorA) | D | Dividend | N | T | | | | | |
| 53. | | | | | Sold (part) | 04/13/15 | K | A | |
| 54. | | | | | Sold (part) | 04/14/15 | K | A | |
| 55. | | | | | Sold (part) | 05/18/15 | J | A | |
| 56. | | | | | Sold (part) | 09/08/15 | K | | |
| 57. | | | | | Sold (part) | 09/08/15 | J | | |
| 58.  - Virtus Dynamic Trend Fund Class A(fka Virtus Dynamic Alpha Sector A | | None | M | T | | | | | |
| 59.  - Virtus Emerging Markets Opportunities Fund | A | Dividend | L | T | | | | | |
| 60.  - First Eagle Global Fund Class A (X) | A | Dividend | K | T | | | | | |
| 61. Trust #4 (H) | | | | | | | | | |
| 62.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 63. Trust #5 (H) | | | | | | | | | |
| 64.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 65. Trust #6 (H) | | | | | | | | | |
| 66.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 67. Trust #7 (H) | | | | | | | | | |
| 68.  - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |
| 70. Pinnacle Bank Accounts | A | Interest | O | T | | | | | |
| 71. Estate #1 (H) | | | | | | | | | |
| 72. Pinnacle Bank Account | A | Interest | L | T | | | | | |
| 73. - UBS Bank USA Bus. Acct. | A | Interest | L | T | | | | | |
| 74. - Virtus Equity Trend Fund Class A (fka Virtus Premium Alpha SectorA | B | Dividend | L | T | | | | | |
| 75. - General Mtrs. Accep.Corp.Bond | A | Interest | L | T | | | | | |
| 76. - BCM 1999-B A5 SER 1999-B CL A-5 | A | Interest | J | T | | | | | |
| 77. - OAK SER 2001-C CL A-4 | A | Interest | J | T | | | | | |
| 78. - Structure Asset Securities Co. SER 2004-GEL3 CL B | A | Interest | J | T | | | | | |
| 79. - FHR 3034 SE | A | Interest | J | T | | | | | |
| 80. - Met Govt Nashville&David SR A RV BE/R/ | A | Interest | J | T | | | | | |
| 81. - Memphis Tenn ASSUR BE/R/ | A | Interest | L | T | | | | | |
| 82. - Shelby Co TN Hlth Ed&HSG CRSOVR RV MLTFM C B/E/R/ | | None | J | T | | | | | |
| 83. - Met Govt Nashville&David SR A RV BE/R/ | A | Interest | K | T | | | | | |
| 84. - Blackrock Muniassets Fund Inc | E | Dividend | N | T | | | | | |
| 85. - Nuveen Invt Quality Muni Fund Inc | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ivy Limited Term Bond Fund | D | Dividend | O | T | | | | | |
| 87. - Lord Abbett Short Duration Income Fund Class A | E | Dividend | O | T | | | | | |
| 88. - Oppenheimer Rochester High Yield Municipal Fund Class A | D | Dividend | M | T | | | | | |
| 89. - Virtus Multi-Sector Short Term Bond Fund Class A | E | Dividend | O | T | | | | | |
| 90. - Virtus Dynamic Trend Fund ClassA(fka Virtus Dynamic Alpha SectorSM | | None | L | T | | | | | |
| 91. - First Eagle Global Fund Class A | B | Dividend | M | T | | | | | |
| 92. - FT-Franklin Income C | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 09/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1 on 2014 report - The only asset of this partnership was sold in 2014, as reported on Part VII, Line 17 of the 2014 report. The asset referenced in Part VII and the partner title in Part I of the 2014 report are removed from this 2015 report because the partnership was closed effective the end of 2014.

All Part VII, references by line listed below:

1. Lines 7, 52, 74 - This investment was previously named Virtus Premium Alpha Sector Fund A, using symbol VAPAX. During 2015, it was renamed Virtus Equity Trend Fund Class A. VAPAX remains its symbol.

2. Line 8 - In the 2014 report, column C(1) inadvertently listed K for value due to increased value from a nonreportable transaction. It should have listed M, which remains its value after the small sale on 12/11/15.

3. Line 16 - Due to a reorganization, Capstar Bank Stock was reissued under the name CapStar Financial Holdings, Inc. Stock.

4. Line 18 (Line 19 on the 2014 report) is the heading for a retirement account with investments selected by the manager based on categories of risk I choose. Line 25 (line 26 on the 2014 report) is a fund deleted by the manager and the fund on Line 29 was added.

5. Line 31 (on the 2014 and 2015 report) is the heading for a retirement account with investments selected by the manager based on categories of risk my husband chooses. Line 29 (on the 2014 and 2015 report) is a fund deleted by the manager and the fund on Line 42 was added.

6. Lines 19-24; 26-28; 32-38; 40-41 are the investments selected by the manager that are referenced in notes 4 and 5 above. The manager is an insurance company that holds the listed investments in its own account. My husband and I do not own the investments. We only own units in the account held and controlled by the insurance company and report on that value.

7. Line 45 - In 2014, Line 44 contained the Bank of Nashville accounts for Branstetter Partners. Those accounts were closed and the funds transferred to Pinnacle Bank, which name is substituted on Line 46.

8. Line 48 on this report, Trust #2 contains gifts of percentage ownership in real property given over time from 2005 to 2008. The value as deeded is as follows:
   2005 - $66,000
   2006 - $72,000
   2007 - $72,000
   2008 - $72,000
         Total    $282,000

9. Lines 58, 90 - This investment was previously named Virtus Dynamic Alpha Sector (SM) Fund A, using symbol EMNAX. During 2015, it was renamed Virtus Dynamic Trend Fund Class A. EMNAX remains its symbol.

10. Line 60 on this report references a Fund that I inadvertently failed to include on the 2014 report. The Fund was purchased on 3/14/14 with a purchase value code of L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544